IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-60-FL

| | | |
|---|---|---|
| CHRISTOPHER LITTARES, *individually,* and on behalf of all others similarly situated | : : : | |
| Plaintiff, | : : | |
| v. | : | **ORDER** |
| TCOM, L.P., | : : | |
| Defendant. | : : | |

Upon consideration of the Parties' Joint Motion to Certify a Collective, it is hereby:

ORDERED, that the Joint Motion is approved, and it is;

FURTHER ORDERED, that a collective of employees consisting of all individuals employed by Defendant TCOM. L.P. ("TCOM") in the position of Field Service Representative in TCOM's Kingdom of Saudi Arabia program within three years before today's date is conditionally certified, and it is;

FURTHER ORDERED, that the Parties' proposed notice and messages to potential plaintiffs are approved.

SO ORDERED, the 4th day of March, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge