IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-60-FL

| | |
|---|---|
| CHRISTOPHER LITTARES, *individually,* and *on behalf of all others similarly situated* | : : : |
| Plaintiff, | : : |
| v. | : **ORDER** |
| TCOM, L.P., | : : |
| Defendant. | : : : |

Upon consideration of the Parties' Joint Motion to Modify the Case Management Order (ECF Doc. No. 25), it is hereby:

ORDERED, that the Joint Motion is approved, and it is:

FURTHER ORDERED, that the Case Management Order (ECF Doc. No. 25) is modified as follows:

A. Discovery. Paragraph 4 shall be modified to provide: "All discovery shall be completed by November 12, 2024.

B. Motions. Paragraph 6 shall be modified to provide: "All potentially dispositive motions shall be filed by December 13, 2024."

All other provisions of the Case Management Order shall remain the same.

SO ORDERED, the 26th day of July, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge