UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER LITTARES, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>TCOM, L.P.<br><br>          Defendant. | Case No. 2:23-cv-00060-FL |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL

Plaintiff, by and through his undersigned counsel, on behalf of himself and all individuals who have filed written consent forms in this Action and have timely claims ("Opt-In Plaintiffs"), respectfully requests that the Court enter an Order: (1) approving the parties' Settlement Agreement; (2) approving Collective Counsel's proposed Attorneys' Fees and Litigation Expenses; (3) approving the Named Plaintiff's proposed Service Award; and (4) dismissing the action with prejudice. Plaintiff's Motion is based on the Settlement Agreement, Memorandum of Law, Declaration of Attorney Edmund C. Celiesius, and exhibits thereto, all of which were filed contemporaneously with this Motion.

RESPECTFULLY SUBMITTED,

Dated: December 13, 2024

**BROWN, LLC**

*/s/ Edmund Celiesius*
Edmund C. Celiesius
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5279

ed.celiesius@jtblawgroup.com

*Lead Counsel for Plaintiff*


Brian L. Kinsley
**COX, STANDBERRY & KINSLEY, LLC**
2024 Main Street, SW Suite B
P.O. Box 40
Cullman, AL 35056
T: (205) 870-1205
Bkinsley@cskattorneys.com

*Local Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

This is to certify that on this day, the undersigned filed the foregoing document using the Court's CM/ECF system, which will send notification to all counsel of record.


*/s/ Edmund Celiesius*
Edmund C. Celiesius